211 So.2d 335

### Walter WILLIAMS et al.

v.

### TRAVELERS INDEMNITY COMPANY et al.

#### No. 49342.

June 28, 1968.

In re: Walter Williams et al. applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 210 So.2d 58.

Writ refused. On the facts found by the Court of Appeal, the result is correct.